# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:01CR3120 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GEORGE SALPAS, JR., | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and without objection by the government and the Probation Officer,

IT IS ORDERED that Defendant Salpas' revocation hearing is rescheduled to Tuesday, July 21, 2009, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

May 13, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge