IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:01CR3120 |
| | ) | |
| V. | ) | |
| | ) | |
| GEORGE SALPAS JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for release upon conditions (filing 300) is denied.

DATED this 26th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge